Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
for the
__Eastern__ District of __Massachusetts__

2021 MAR -9 AM 10: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

_____ Division

Rashad Bey Ex-Rel: Anthony Guess
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Commonwealth of Massachusetts
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Rashad Bey Ex-Rel: Anthony Guess
Street Address: 255 Main Street
City and County: Pawtucket
State and Zip Code: Rhode Island Republic [02860]
Telephone Number: 267-408-5654
E-mail Address: RashadBey13@Aol.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
    Name    The Commonwealth of Massachusetts
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 18 U.S.C 241, 18 U.S.C 242. The Constitution for united States of America 4th, 5th, 6th, 8th Amendments. Article 20 of the Treaty of peace and friendship 1786-1787.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* Rashad Bey Ex Rel: Anthony Guess, is a citizen of *(name)* Morocco.

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) Commonwealth of Massachusetts is incorporated under the laws of the State of (name) Massachusetts, and has its principal place of business in the State of (name) Massachusetts.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) Massachusetts.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Conspiracy against rights, kidnapping, Deprivation of rights under color of law, cruel and unusual punishment Unreasonable searches and seizures.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Attached additional pages →

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I want the court to release me due to false imprisonment. Currently I am still in prison and I don't have any criminal charges against me. I haven't injured anyone nor have I gone through due process of law. I asking the court to grant me 50 million federal reserve notes on the basis of my constitutional secured rights being violated, false imprisonment, cruel and unusual punishment, kidnapping and my property being searched and seized. I've been having mental distress due to me not attending my grandmothers funeral on the same day I was falsley imprisioned, being thrown in Jail without me →

Page 4 of 5

committing a crime, and being mistreated in Jail by feeding me food I don't eat for religious and spiritual purposes which forces me not to eat on certain days.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 4, 2021

Signature of Plaintiff: Rashad Bey

Printed Name of Plaintiff: Rashad Bey Ex-Rel Anthony Guess

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

# III. Statement of Claim

On 2/12/21 evening I was traveling to Lowell, Massachusetts on route 3. During my travels I encountered a flat tire on the highway on the guest side of my car and began to pull over on the side of the highway in the emergency lane. While moving to the emergency lane, I turned my hazard lights on and stopped to call my brother Leonidas who was traveling in front of me to let him know that my front right tire caught a flat. When we stop to anylize the situation we made some phone calls to some near by tire shops that was about a half a mile away from our current location on route 3. We traveled slowly in the emergency lane with our hazard lights on to get off the next exit that was less than a half a mile away to change the flat tire. As we slowly traveled in the emergency lane I noticed police emergency lights on in my rear view mirrior pulling up behind my car. As police pulled up I attempted to get out the car to let police know the situation, and that we had everything

1 of 7

under control. The highwayman told me to get back in the car before I could even inform him what was going on. After sitting in the car for about 5 minutes Policeman Welby (bage numbe 4651) walked up to my car a (2005 white Acura TL) and asked me what is going on and why do I have my hazard lights on. I informed him that my right front tire caught a flat and that I'm going up the highway at the next exit to change it at the tire shop. He said ok and began to ask me for a license. I asked him, why are you asking me for a license if I haven't been suspected of commiting a crime and I haven't been pulled over. Mr Welby alleged that it was protocal and that he has to ask people for licenses. I told Mr Welby that I don't have a license because I'm traveling and that I have registration and Insurance to my car, as well as my nationality identification card which has my name (Rashad Bey) on it, as well as the registration and Insurance that has my name (Rashad Bey) Highwayman Welby took my documents and went to his car. Ten minutes went by and I noticed two more

2 of 7

Massachusetts State policemen pulled up behind Mr Welby's car. Two of the policeman, Welby and another highwayman walked up to the van Leonidas was in and began to question him and demanded that he step out the car to search him without probable cause. Leonidas Identified himself with his nationality identification card, and police let him go as his wife Lauren pulled up to our location. The highwaymen told Lauren that they were taken me because they couldn't Identify me, even though I presented the same national Identification card Leonidas presented. After Leonidas and his wife pulled off policeman began to ask me what is the deal with the gun charges in Stoughton county and began to walk to my car to unlawfully search my car without probable cause or a warrant I then was taken to concord state police barracks where I was unlawfully figure printed without my consent and was demand that I answer questions. Mr Welby did a inventory check on my Items and looked through my black wallet which had

other identification cards that had my name (Rashad Bey) on it, such as my T.D Bank debit card, Lifetime fitness membership card, Funplex work Identification card and my Philadelphia training achedmy card. Mr Welby said that I can be released on $40 bail, In which I said I have 40 federal reserve notes for bail. Shortly after the bail bondsman showed up and had documents that he demanded I sign or I won't be released. The bail bondsman asked is my name Anthony Guess in which I said no my name is Rashad Bey. He began to threaten and coerced me by saying if I don't admit to be Anthony Guess and take a oath to being Anthony Guess that he is going home and I won't be released. Under threat, duress and coercion I was forced to sign the paper in which I wrote T.D.C for threat, duress and coercion. After giving the bail bondsman 40 federal reserve notes he told me that I have to come to court 8:30am on 2/12/21. I asked if it's possible to reschedule to another date due to me having to attend my grandmothers funeral

4 of 7

on 2/12/21 at 10am. He said no, I have to go to court and that he's not signing off on the paper of release unless I tell him at that moment that I will attend court. He went on to say that if I don't show up to court on 2/12/21 at 8:30am a warrant will be issued for my arrest. Under threat, duress and coercion in fear for my life and safty, I told him that I will be at the court date at 8:30am. The next day I made a special appearence at Woburn District Court, which at the time Judge Frank was there to deal with my court hearing. The clerk called on Anthony Guess and I clarified that my name is Rashad Bey, the Judge went on to ask am I making my own presentment In which I said yes. He went on the record multiple times to recomend that I should use the court appointed attorney to represent me for the matter at hand, after I already denied the court appointed attorney multiple times. I was getting harrassed and Intimidated by Judge Frank's remarks. During the hearing I defended my self with the Constitution for united States of America, United States law and United States Supreme Court case law. At the hearing there was no alleged witness or no injured party

5 of 7

making a claim against me. During the hearing the prosecuter brought up hearsay claims, claiming that I violated an allege probation from Stoughton District court. The Judge sided with the prosecutor to say that I violated probation allegedly and that they have probable cause, without any supporting evidence to there claim. Judge Frank said that he's revolking bail and that I will be going to jail until my next court date April 1st, 2021. My rights were violated because no evidence was never submitted on the record to support the prosecutors claim or Judge Frank's Judgement. The alleged probation document in which they claim my name is on dosen't have my signature or a probation officer signature on it. I have a copy of the documen that was given to me at Northfolk sheriff's office to support my claim. My Constitutional secured rights was violated becaus highwayman Welby didn't have any suspicion that I committed a crime when I was fixing a flat tire. My car was searched and seized without probable cause or a warrant supported by oath or affirmaton and my liberty was taken without due process of law.

Under penalty of perjury and prosecution from the Moorish nation, do declare and state for the record, to the best of my ability, that all claims and statements made in this affidavit are true, factually based and not made for, nor intended to be used for fraud, misrepresentation, misprision nor usurpation. A free Moorish American national and citizen of the free National Government of Morocco, I am: Rophad Bey, In honor of my Moabite ancestors to time immemal, exercersising the Divine and Common-Law-Right to Jus Postliminii, in accord with the high principals of Love, Truth, Peace, Freedom and Justice

Date: March 4, 2021