UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RASHAD BEY, *aka* ANTHONY GUESS,

      Plaintiff,

      v.                             Civil Action No. 21-10410-ADB

COMMONWEALTH OF
MASSACHUSETTS,

      Defendant.

## ORDER

BURROUGHS, D.J.

      Rashad Bey, who is also known as Anthony Guess, has filed a civil complaint without paying the $402 filing fee or filing a motion for leave to proceed without prepayment of the filing fee (also referred to as a motion for leave to proceed *in forma pauperis*).

      On April 30, 2021, the Court issued an order requiring him to pay the fee or file a motion for leave to proceed *in forma pauperis*. [ECF No. 3].  In this order, the Court also warned him that failure to comply with the order within twenty-one days could result in dismissal of the action.

      The deadline for complying with the Court's April 30, 2021 order has passed without any response from Bey.  Accordingly, the Court orders that this action be DISMISSED without prejudice for failure to pay the filing fee.

      IT IS SO ORDERED.

 6/1/2021                         /s/ Allison D. Burroughs
DATE                            UNITED STATES DISTRICT JUDGE