Name: Rashad Bey

Alternative address | 30 Franklin St
Lowell, Massachusetts
01854

Please send mail to this address. ↗

I have not received any mail to the 255 main st address located at Pawtuckett, Rhode Island.