UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RASHAD BEY, *aka* ANTHONY GUESS,

    Plaintiff,

    v.                          Civil Action No. 21-10410-ADB

COMMONWEALTH OF MASSACHUSETTS,

    Defendant.

FINAL ORDER OF DISMISSAL

In accordance with the memorandum and order dated April 5, 2022, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Dated: 4/6/2022                    By the Court,

                                    /s/ Karen Folan
                                    Deputy Clerk